UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES<br><br>        Plaintiff,<br><br>   v.<br><br>VIRK, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-01689 LJO JLT (PC)<br><br>ORDER APPOINTING COUNSEL FOR A LIMITED PURPOSE<br><br>(Doc. 22) |

The court finds that the appointment of counsel for the plaintiff for the limited purpose of drafting a second amended complaint is warranted. Jenny C. Huang has been selected from the court's pro bono attorney panel and has accepted the appointment. Accordingly, the Court **ORDERS**:

    1.    Jenny C. Huang is appointed as counsel in the above entitled matter for the limited purpose of investigating the claim, then drafting and filing a second amended complaint. The second amended complaint or a notice that no second amended complaint will be filed, SHALL be filed within 90 days of the date of this order;

    2.    Ms. Huang's appointment will terminate when the plaintiff's amended complaint is filed or she files a notice that an amended complaint will not be filed;

    3.    Ms. Huang may contact the Court's Alternative Dispute Resolution Coordinator

Sujean Park at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has questions related to the appointment;

4. The Clerk of the Court is directed to serve a copy of this order upon Jenny C. Huang, Justice First, 180 Grand Ave., Suite 1300, Oakland, California 94612; and

5. Plaintiff's motion to stay proceedings, filed on July 16, 2018 (Doc. 22) is disregarded as moot based on appointment of counsel to assist with drafting an amended pleading.

IT IS SO ORDERED.

Dated: **October 18, 2018**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE