UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES,<br><br>                Plaintiff,<br><br>   v.<br><br>BEAVER,<br><br>                Defendant. | Case No.: 1:16-cv-01689-LJO-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE** *NUNC PRO TUNC* **AND DISCHARGING ORDER TO SHOW CAUSE; CLERK TO FORWARD SERVICE DOCUMENTS TO U.S. MARSHAL**<br><br>(Docs. 28-31) |

The Court ordered Plaintiff to submit service documents and USM-285 Forms for service by the United States Marshal. (Doc. 25.) When Plaintiff did not comply, the Court ordered her to show cause why the action should not be dismissed. (Doc. 28.) Plaintiff then filed three motions seeking an extension of time to comply with the order to submit service documents and to respond to the order to show cause. (Docs. 29-30.) Plaintiff also submitted the required documents for service on Defendant. (Doc. 32.) Good cause appearing, the Court **ORDERS**:

Plaintiff's motions for extensions of time to comply and/or respond to the Court's orders, (Docs. 29-30), are granted *nunc pro tunc* and the order to show cause, (Doc. 28), is discharged.

IT IS SO ORDERED.

    Dated:   **August 5, 2019**                         **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE