UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARY LEE GAINES,

              Plaintiff,

    v.

OFFICER BEAVER,

              Defendant.

Case No. 1:16-cv-01689-NONE-JLT (PC)

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**

(Doc. 59)

30-DAY DEADLINE

On February 7, 2020, Defendant filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust administrative remedies prior to filing suit. (Doc. 55.) Plaintiff requests a second, 30-day extension of time to file an opposition to Defendant's motion. (Doc. 59.) Plaintiff states that she requires the additional time due the coronavirus pandemic, which has "cause[d] [her] to have … very limited access to the prison law library" and is hindering her ability to "complete [her] anticipated opposition." (*Id.*) Good cause appearing, the Court GRANTS Plaintiff **30 days** from the date of service of this order to file an opposition or statement of non-opposition to Defendant's motion for summary judgment.

IT IS SO ORDERED.

    Dated:  __April 15, 2020__           _____/s/ Jennifer L. Thurston_____
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28