UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER BEAVER,<br><br>　　　　　Defendant. | Case No. 1:16-cv-01689-NONE-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Doc. 61)<br><br>30-DAY DEADLINE |

　　　　On February 7, 2020, Defendant filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust administrative remedies prior to filing suit. (Doc. 55.) Plaintiff requests a third, 30-day extension of time to file an opposition to Defendant's motion. (Doc. 61.) Plaintiff states that "[d]ue to the covid-19 outbreak, [she] is not allowed to use the law library due to social distancing and not able to complete [her] anticipated opposition" by the current deadline. (*Id.*) Good cause appearing, the Court GRANTS Plaintiff **30 days** from the date of service of this order to file an opposition or statement of non-opposition to Defendant's motion.

IT IS SO ORDERED.

　　Dated: __May 14, 2020__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE