UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER BEAVER,<br><br>　　　　　Defendant. | Case No. 1:16-cv-01689-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 63) |

　　　Before the Court is Defendant's motion to modify the Court's discovery and scheduling order. (Doc. 63.) Defendants request that the discovery and dispositive-motion deadlines be extended until after the Court rules on their pending, exhaustion-based motion for summary judgment. (*See* Doc. 63-1 at 1, 4.) Also, due to restrictions imposed as a result of the COVID-19 pandemic, defense counsel anticipates that he will not be able to take Plaintiff's deposition until early August. (*Id.* at 4, 5.) The time for Plaintiff to file an opposition or a statement of non-opposition has not yet passed, *see* Local Rule 230(l), but the Court deems neither necessary here.

///

///

///

Good cause appearing, the Court GRANTS Defendant's motion. The Court VACATES the discovery and dispositive-motion deadlines, to be reset if and when appropriate. All other deadlines from the Court's discovery and scheduling order (Doc. 56) remain in effect.

IT IS SO ORDERED.

Dated: **June 13, 2020**                         **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE