UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES,<br><br>             Plaintiff,<br><br>     v.<br><br>OFFICER BEAVER,<br><br>             Defendant. | No. 1:16-cv-01689-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 55, 69) |

Plaintiff Mary Lee Gaines is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2020, Defendant Correctional Officer Beaver moved for summary judgment on the grounds that plaintiff had failed to exhaust administrative remedies prior to filing suit as is required.  (Doc. No. 55.)  Plaintiff failed to file an opposition to that motion.  (*See* Doc. No. 68.)

On August 6, 2020, the assigned magistrate judge issued findings and recommendations, addressing defendant's motion on the merits and recommending that defendant's motion for summary judgment be granted.  (Doc. No. 69.)  The magistrate judge found that plaintiff had failed to properly exhaust his administrative remedies with respect to the claims presented by plaintiff in this action.  (*Id.* at 5-6.)  The findings and recommendations were served on plaintiff

1

and provided that objections thereto may be filed within 21 days.  (*Id.* at 6.)  Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 6, 2020 (Doc. No. 69) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 55) is granted and this action is dismissed without prejudice due to plaintiff's failure to exhaust his administrative remedies prior to filing suit as is required; and,
3. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:   **September 21, 2020**                              *Dale A. Drozd*
                                                                                  UNITED STATES DISTRICT JUDGE